UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELLIOT ROBERTS,

    Petitioner,      No. C 12-0540 PJH (PR)

 vs.           **ORDER OF DISMISSAL**

A. HEDGPATH, Warden,

    Respondents.
_____/

  This is a petition for writ of habeas corpus filed pro se by a state prisoner. On November 15, 2012, the court ordered petitioner to show cause why this case should not be dismissed as unexhausted and for failure to bring proper federal habeas claims. Petitioner filed a letter stating that he was unsure of the proper steps to challenge his conviction. Thus, it appears that the claims are not exhausted.

  This case is **DISMISSED** without prejudice. The clerk shall close the file.

  **IT IS SO ORDERED.**

Dated: February 8, 2013.

                PHYLLIS J. HAMILTON
                United States District Judge

G:\PRO-SE\PJH\HC.12\roberts0540.dsm.wpd